STATE OF CONNECTICUT *v.* KENNETH CURTIS

The defendant's petition for certification for appeal from the Appellate Court (AC 18118) is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Salvatore C. DePiano*, in support of the petition.

*John C. Smirga*, supervisory assistant state's attorney, in opposition.

Decided June 10, 1998

STATE OF CONNECTICUT *v.* MARCELLUS RUFFIN

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 504 (AC 15068), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Elizabeth A. Gallagher*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided June 17, 1998

STATE OF CONNECTICUT *v.* JOHN JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 913 (AC 16098), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided June 17, 1998

KATHERINE PAVLISCAK *v.* BRIDGEPORT HOSPITAL

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 580 (AC 16258), is denied.

*Thomas Mangines*, in support of the petition.

*Michael N. LaVelle*, in opposition.

Decided June 17, 1998

DONALD E. AHERN *v.* STATE EMPLOYEES
RETIREMENT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 482 (AC 16330), is denied.

*Jason W. Cohen*, in support of the petition.

*Sharon A. Scully*, assistant attorney general, in opposition.

Decided June 17, 1998

DEPARTMENT OF CHILDREN AND FAMILIES *v.*
FREEDOM OF INFORMATION
COMMISSION ET AL.

The petition by the defendant Local 2663, Council 4, AFSCME, for certification for appeal from the Appellate Court, 48 Conn. App. 467 (AC 16997), is denied.